# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM FRANKLIN LAFFOON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-23-485-D |
| CHRIS RANKINS, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

Before the Court is the Report and Recommendation [Doc. No. 13] issued by United States Magistrate Judge Amanda Maxfield Green, recommending the dismissal of Plaintiff's action due to his failure to pay the initial fee payment, request an extension, or show cause in writing why he is unable to do so. Previously, the Court granted Plaintiff's Application for Leave to Proceed *In Forma Pauperis* [Doc. No. 12] but ordered Plaintiff to pay partial filing fees, the initial fee being due on or before October 17, 2023. As stated in the Report and Recommendation [Doc. No. 13], Plaintiff has failed to make the initial filing fee payment. In her Report and Recommendation, Judge Green notified Plaintiff of his right to file an objection on or before November 21, 2023, and that his failure to do so waives his right to appellate review.

Upon review of the file and noting no timely objection to the findings and recommendations of Judge Green pursuant to 28 U.S.C. § 636(b)(1), the Court **ADOPTS** the Report and Recommendation [Doc. No. 13] in its entirety.

For the reasons stated therein, Plaintiff's action is **DISMISSED**, without prejudice to refiling. A separate judgment will be entered.

**IT IS SO ORDERED** this 22nd day of November, 2023.

TIMOTHY D. DeGIUSTI
Chief United States District Judge